SAMUEL ESTAFAN, Respondent, v. THE DELAWARE, LACKAWANNA AND WESTERN RAILROAD COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Young, Kapper and Lazansky, JJ.

JOSEPH FELDMAN, as President of Local Union 2717, New York City, of the UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA, Respondent, v. SAMUEL GOLDBERG, LOUIS GOLDBERG, MORRIS BIREN, JOHN HALKETT and ALEX KELSO, Appellants.— Order denying defendants' motion to vacate and set aside interlocutory judgment, etc., affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ., concur.

HERMAN GANZ, Respondent, v. JACOB GANZ and LENA GANZ, Appellants.— Interlocutory judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Kapper and Lazansky, JJ.

DOROTHY GOODMAN, Respondent, v. CENTRAL COAT & APRON SUPPLY, INC., Appellant.— Judgment and order unanimously affirmed, with costs. While we think the court erred in excluding the signed statement of the witness Cardinelli, we do not deem the error of sufficient materiality to justify a reversal of the judgment, especially as the verdict is so clearly supported by the evidence, and it also appearing that the witness was minutely cross-examined as to the contents of the statement signed by him. Under the circumstances disclosed, we are constrained to affirm under section 106 of the Civil Practice Act. Present — Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ.

GRACE E. GRONBACH, Respondent, v. LOUIS G. GRONBACH, Appellant.— Order granting alimony and counsel fees reversed upon the facts, without costs, and motion denied, without costs, with leave to plaintiff to renew. In the absence of a categorical denial of the charges contained in the counterclaim, the interposition of a reply denying those charges, and a statement by plaintiff that she intended in good faith to defend herself in this action against those charges, the plaintiff was not entitled to alimony. Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ., concur.

LOTTIE GROSS and ROSE BOAS, as Administratrices, etc., of BENJAMIN GROSS, Deceased, Respondents, v. MAX MERTZ, etc., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Kapper and Lazansky, JJ.

EMMA A. HECHT, Respondent, v. PAULINE BIERSUCK, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Kapper and Lazansky, JJ.

In the Matter of the Proving of the Last Will and Testament of WILLIAM BLENNIS, Deceased.— Decree of the Surrogate's Court of Westchester county admitting will to probate unanimously affirmed, with costs to proponent payable out of the estate. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ.